FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 09 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALI SAID SWEIDAN,

                    Plaintiff,

  -against-

ERIC HOLDER, et al.,

                    Defendants.
-------------------------------------------------------------------X

JUDGMENT
09-CV-2131 (JG)

      An Order of Honorable John Gleeson, United States District Judge, having been filed on October 7, 2009, dismissing the action and all claims arising therefrom with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and ordering that each party is to bear its own costs, fees, including attorney's fees and disbursements; it is

      ORDERED and ADJUDGED that the action and all claims arising therefrom are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and that each party is to bear its own costs, fees, including attorney's fees and disbursements.

Dated: Brooklyn, New York
       October 09, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court